# EXHIBIT A



| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only) | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

**NOTICE TO PLAINTIFF**: You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of business or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You may find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

COURT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):

**BMC:**

**District:** Waltham District Court

**Housing:**

| PLAINTIFF INFORMATION: The person filing the claim is the plaintiff. | PLAINTIFF'S ATTORNEY (if any) |
|---|---|
| Pltf. Name: **Todd Gardner** | Atty. Name: |
| Address: **PO Box 7163** | Address: |
| City/State/Zip: **Grand Rapids, MI 49510** | City/State/Zip: |
| Phone No.: **6163188151** | Phone No.:                BBO NO: |

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| Def. #1 Name: **RENTGROW, INC.** | Def. #2 Name: **ANANT YARDI** |
|---|---|
| **Agent: ANANT YARDI** | |
| Address: **400 FIFTH AVENUE #120** | Address: **400 FIFTH AVENUE #120** |
| City/State/Zip: **Waltham, MA 02451** | City/State/Zip: **Waltham, MA 02451** |
| Phone No.: | Phone No.: |

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) **OWE  $7,000.00**     plus **$150.00**     court costs for the following reasons:

**I am bringing this claim against RentGrow, Inc. for violations of the Fair Credit Reporting Act (FCRA) and the Massachusetts Consumer Protection Act, Chapter 93A. RentGrow has included inaccurate information on my consumer report related to an account from National Credit Systems. This account is being reported without proper verification or investigation, despite my attempts to dispute its accuracy.**

**Under the FCRA, RentGrow is required to follow reasonable procedures to assure maximum possible accuracy when reporting consumer information. However, RentGrow failed to meet this standard by including and continuing to report inaccurate data that it has not verified as accurate. When I submitted disputes regarding the National Credit Systems account, RentGrow did not conduct a proper reinvestigation as required under 15 U.S. Code §1681i. It also failed to provide necessary disclosures and corrections, and instead continued to report the same erroneous information.**

**Additionally, this conduct violates Massachusetts General Laws Chapter 93A, which prohibits unfair or deceptive acts or practices in the conduct of trade or commerce. RentGrow's failure to reasonably investigate and correct inaccurate reporting constitutes a clear breach of this statute.**

**SIGNATURE OF PLAINTIFF**: X /s/ Ashley Gardner            **DATE**: 5/28/2025

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation:  ☒YES  ☐NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:
**ANANT YARDI**
☒ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military.        ☐ I am unsure if the above defendant(s) is (are) in the military.

**SIGNATURE OF PLAINTIFF**: X /s/ Ashley Gardner            **DATE**: 5/28/2025

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."