# EXHIBIT B

**Trial Court of Massachusetts**
**Waltham District Court**

TODD GARDNER, II,

      Plaintiff,

    v.

RENTGROW, INC. and ANANT YARDI,

      Defendants.

Docket Number 2551SC000426

## NOTICE OF FILING NOTICE OF REMOVAL

On July 3, 2025, Defendants RentGrow, Inc. and Anant Yardi, by counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, filed a Notice of Removal with the Clerk of the United States District Court for the District of Massachusetts to remove Docket Number 2551SC000426 from the Small Claims Division of the Wrentham District Trial Court of Massachusetts, to the United States District Court for the District of Massachusetts.

A copy of the Notice of Removal is attached hereto as **Exhibit A** and pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: July 3, 2025

Respectfully submitted:

By:   */s/ Danni L. Shanel*
Danni L. Shanel (BBO #710378)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Avenue, 9th Floor
Boston, MA 02199-7613
617.204.5100
danni.shanel@troutman.com

*Attorneys for RentGrow, Inc. and Anant Yardi*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2025, I filed the foregoing with the Clerk of Court. I further

certify that a copy of the foregoing was sent via U.S. Mail to:

Todd Gardner
PO Box 7163
Grand Rapids, MI 49510
*Pro se Plaintiff*

/s/ Danni L. Shanel
Danni L. Shanel (BBO #710378)

2