**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Todd Gardner**
　　　　Plaintiff

　　　　　　　　　　　　　　　　　　　　CIVIL ACTION
　　V.
　　　　　　　　　　　　　　　　　　　　NO. **1:25-cv-11903-RGS**



**RentGrow, Inc. et al**
　　　　Defendants


**ORDER OF DISMISSAL**


Stearns, D. J.


　　　　In accordance with the Court's Order entered September 2, 2025 [Doc. No. 11] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.



　　　　　　　　　　　　　　　By the Court,


9/2/2025　　　　　　　　　　　　　　/s/ Jacqueline Martin
　Date　　　　　　　　　　　　　　　　Deputy Clerk